MARIE LASEROWITSCH, Respondent, *v.* WILLIAM REIMAN, Appellant.

(Submitted October 18, 1889; decided October 29, 1889.)

APPEAL from judgment of the General Term of the Court of Common Pleas of the city of New York, entered upon an order made February 7, 1887, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*Stephen G. Clarke* for appellant.

*John W. Fiske* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.